IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BEVERLY A. PINE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:11-CV-6039-RBL<br><br><br><br>ORDER FOR ATTORNEY FEES<br>PURSUANT TO 28 U.S.C. § 2412(D) |

　　　　Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $3,704.83, and expenses in the amount of $19.85, for a total of $3724.68, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

　　　　If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Christopher H. Dellert, based upon Plaintiff's assignment of this fee to her attorney. Any check for EAJA fees shall be mailed to

Plaintiff's counsel, Christopher H. Dellert, at Dellert Baird Law Offices, PLLC, 9481 Bayshore Dr. NW, #203, Silverdale, WA, 98383.

Dated this 25th day of February, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

Christopher H. Dellert
Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA   98383
Telephone:  (360) 329-6968
FAX:  (360) 329-6968
Dellert.Law.Office@gmail.com
Attorney for Plaintiff